SLIP OPINION

# ARKANSAS COURT OF APPEALS

DIVISION IV
**No.** CV–14–1097



| | |
|---|---|
| CHARITY S. LOVAN (now RYDBERG) APPELLANT | **Opinion Delivered** June 3, 2015 |
| | APPEAL FROM THE SEBASTIAN COUNTY CIRCUIT COURT, GREENWOOD DISTRICT [NO. DR-04-41-G (III)] |
| V. | |
| | HONORABLE JIM D. SPEARS, JUDGE |
| JOSHUA B. LOVAN APPELLEE | |
| | SUPPLEMENTAL ADDENDUM ORDERED |

## WAYMOND M. BROWN, Judge

Appellant Charity Lovan (now Rydberg ) appeals the Sebastian County Circuit Court's order changing custody of B.L. and J.L. to their father, Joshua Lovan. She argues on appeal that (1) the trial court abused its discretion by denying her motion for reconsideration, and (2) the trial court erred by finding that a material change in circumstances existed and that the best interests of the children were better served with appellee. We do not reach the merits of appellant's arguments due to deficiencies in the addendum.

Arkansas Supreme Court Rule 4–2(a)(8)[1] requires that the addendum to the appellant's brief contain copies of non-transcript documents in the record on appeal that are essential for the appellate court to confirm its jurisdiction, understand the case, and decide the issues on

---

[1] (2014).

appeal. Here, appellant's addendum is missing page one of the divorce decree as well as any document to support appellant's contention that the trial court denied her motion for reconsideration.[2] We direct appellant to file a supplemental addendum within seven calendar days of this opinion.[3]

We also note that page seventeen of appellant's argument is missing. This, too, should be provided to the court. We encourage counsel to review our rules to ensure that no other deficiencies are present.

Supplemental addendum ordered.

ABRAMSON and GLOVER, JJ., agree.

*Byars, Hickey & Hall, PLLC*, by: *Kevin L. Hickey*, for appellant.

*Susan M. J. Wakefield*, for appellee.

---

[2]There is a letter in the record dated August 20, 2014, from the court denying appellant's motion for reconsideration; however, that letter is not included in the addendum as required by our rules.

[3]Arkansas Supreme Court Rule 4–2(b)(4).